NO. 2:08-cv-07871-PSG

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| In re:<br><br>KANG JIN HWANG,<br><br>          Debtor. | District Court Case No. 2:08-cv-07871-PSG<br><br>Bankruptcy Court Case No. 2:08-bk-15337 SB<br><br><br>On Appeal From a Decision By The United States Bankruptcy Court, Central District of California, Los Angeles Division, The Honorable Samuel L. Bufford, United States Bankruptcy Judge |

**APPELLANT'S RESPONSE TO JULY 30, 2009 ORDER TO SHOW CAUSE RE: BANKRUPTCY APPEAL**

MALCOLM ◆ CISNEROS
WILLIAM G. MALCOLM, #129271
DON ROBINSON, #123411
KEVIN HAHN, #231579
2112 Business Center Drive, 2nd Floor
Irvine, California 92612
Telephone:  (949) 252-9400
Telecopier:  (949) 252-1032

Counsel for Appellant FDIC

## I.   <u>FACTS</u>

This is an appeal from an order denying a motion for relief from the automatic stay filed by IndyMac to foreclose on real property.  The bankruptcy court denied the motion although neither the debtor nor the bankruptcy trustee opposed it.  Federal Deposit Insurance Corporation ("FDIC") is IndyMac's successor in interest.[1]

FDIC appealed on November 14, 2008.  As the representative of the bankruptcy estate pursuant to 11 U.S.C. § 323, Sam S. Leslie, the Chapter 7 Trustee, was designated as the nominal appellant, although he had not opposed the motion for relief from stay and issued a Trustee's Report of No Assets concluding that there were no assets to administer for the benefit of creditors of the estate and asking to be discharged from office.  Appendix, Exh. 1, p. 3, #11.  The Debtor and Leslie apparently take no position with respect to the issues raised by the appeal and have not filed any pleadings in connection with the appeal.

On May 27, 2009, a Certificate of Readiness and Completion of Record was filed in this Court.  The Certificate provided that Appellant's opening brief was due by June 11, 2009 and Appellee's Brief was due by June 26, 2009.

---

[1] On July 11, 2008 the Office of Thrift Supervision closed IndyMac Bank, F.S.B. and appointed the Federal Deposit Insurance Corporation ("FDIC") as receiver. IndyMac Bank FSB was then chartered. Subsequently IndyMac Federal went into conservatorship and the FDIC was appointed as conservator.

On June 11, 2009, FDIC filed its opening brief.  As of today's date, no Appellee's brief has been filed.  On July 30, 2009, this Court issued an Order to Show Cause Re Bankruptcy Appeal ordering FDIC, the *Appellant*, to show cause why the appeal should not be dismissed for lack of prosecution because of the failure of the *Appellee* to file a brief.

## II.   **DISCUSSION**

The Local Rules of the United States District Court for the Central District of California Governing Bankruptcy Appeals, Cases and Proceedings provide:

> CONSEQUENCE OF FAILURE TO FILE BRIEFS. If an appellant fails to file a brief within the time provided by these rules, the district court may dismiss the appeal on its own motion or upon motion of the appellee. If an *appellee fails to file a brief, the appellee will not be heard at oral argument* except by permission of the district court.

Local Rule 5.5 (8018-5.5) (emphasis added)

Under the rules, Leslie's failure to file a brief in a case in which he is not interested does not automatically result in a decision in FDIC's favor.  See, e.g., *Talbert v. City Mortg. Servs. (In re Talbert)*, 344 F.3d 555, 557 (6th Cir. 2003).  Leslie's failure to file a brief cannot and does not automatically result in a decision in Leslie's favor, however, which would be the case if the FDIC's appeal was dismissed.  It would be a perversion of justice if Leslie's failure to file a brief resulted in the dismissal of the FDIC's appeal.

Such a result is not authorized by the rules and would penalize appellants for events outside of their control.

Dated: August 3, 2009

MALCOLM ♦ CISNEROS
A Law Corporation

_____/s/ William G. Malcolm_____
WILLIAM G. MALCOLM
Attorneys for Appellant
FDIC