UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
FEB 19 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| In the Matter of the Creation of the Calendar of Judge DOLLY M. GEE | ORDER OF THE CHIEF JUDGE<br><br>CV 08-07871 PSG<br><br>10-052 |

Pursuant to the Order of the Chief Judge No. 10-024, filed January 21, 2010 and the recommended procedure adopted by the Court for the creation of the calendar of Judge Dolly M. Gee, CV 08-07871 PSG, *In Re: Kang Jin Hwan*, was transferred from the calendar of Judge Phillip S. Gutierrez to the calendar of Judge Dolly M. Gee.

An Order of self-recusal by Judge Gee having been filed February 11, 2010, the case was returned to the calendar of Judge Gutierrez.

IT IS HEREBY ORDERED that CV 09-06184 PSG, *In Re: 450 S. Burlington Partners, LLC*, be transferred from the calendar of Judge Philip S. Gutierrez to the calendar of Judge Dolly M. Gee for all further proceedings.

DATED: February 19, 2010

_____
Chief Judge Audrey B. Collins