NO. 2:08-cv-07871-PSG

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| In re:<br><br>KANG JIN HWANG,<br><br>　　　　　Debtor. | District Court Case No. 2:08-cv-07871-PSG<br><br>Bankruptcy Court Case No. 2:08-bk-15337 SB<br><br><br>On Appeal From a Decision By The United States Bankruptcy Court, Central District of California, Los Angeles Division, The Honorable Samuel L. Bufford, United States Bankruptcy Judge |

**REQUEST FOR PUBLICATION OF DECISION REVERSING BANKRUPTCY COURT'S DENIAL OF MOTION FOR RELIEF FROM STAY AND REMANDING FOR FURTHER PROCEEDINGS**

MALCOLM ◆ CISNEROS

WILLIAM G. MALCOLM, #129271
DON ROBINSON, #123411
KEVIN HAHN, #231579
2112 Business Center Drive, 2nd Floor
Irvine, California 92612
Telephone:  (949) 252-9400
Telecopier:  (949) 252-1032

Counsel for Appellant FDIC

1

On July 21, 2010, this Court issued in the form of Civil Minutes – General an Order Reversing the Bankruptcy Court's Denial of Motion for Relief from Automatic Stay and Remanding for Further Proceedings in *In re Hwang*, 393 B.R. 701 (Bankr. C.D. Cal. 2008) ("*Hwang I*"), reconsideration granted by *In re Hwang*, 396 B.R. 757 (Bankr. C.D. Cal. 2008) ("*Hwang II*").

*Hwang I* and *Hwang II* have been cited in more than 30 opinions, countless briefs, and at least three publications: *Who Has the Right to Prosecute a Securitized Mortgage in Bankruptcy Court?*, 28-2 ABIJ 16 (Mar. 1, 2009); *Foreclosure Mediations: Can They Make a Difference?*, 43 Clearinghouse Rev. 355 (2009); *and How Negotiability Has Fouled Up the Secondary Mortgage Market, and What to Do About It*, 37 Pepp. L. Rev. 737 (2010).  The decisions have spawned countless lawsuits questioning the standing of lenders, MERS, and loan servicing companies to seek relief from the automatic stay and to foreclose,

The Court's decision reversing *Hwang I* and *Hwang II* is of widespread importance and has significant implications for the secondary mortgage market.

///

///

///

Accordingly, Appellant respectfully petitions the Court to publish its decision.

Dated: July 26, 2010

                              MALCOLM ♦ CISNEROS
                              A Law Corporation

                              <u>/s/ WILLIAM G. MALCOLM</u>
                              WILLIAM G. MALCOLM
                              Attorneys for Appellant
                              FDIC